IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Wheeling

**DIANA MEY**, individually and on behalf
of a class of all persons and entities
similarly situated,

    Plaintiff,

v.

**HERBALIFE INTERNATIONAL, INC.,
THOMAS STILES, PAMELA STILES,
NANCY WILLIS** and **DANA WILLIS**,

    Defendants.

Case No. 5:03-cv-118

## NOTICE OF REMOVAL

Comes now Herbalife International, Inc. (hereinafter "Herbalife"), pursuant to 28 U.S.C. § 1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure, and hereby removes this action to the United States District Court for the Northern District of West Virginia from the Circuit Court of Ohio County, West Virginia. As grounds for such removal, Herbalife states as follows:

1. There is pending in the Circuit Court of Ohio County, West Virginia, a civil action styled Diana Mey, individually and on behalf of a class of all persons and entities similarly situated, Plaintiff vs. Herbalife International, Inc., Thomas Stiles, Pamela Stiles, Nancy Willia and Dana Willis, Defendants, which said civil action was numbered in the Circuit Court of Ohio County, West Virginia, as Civil Action No. 01-C-263M.

2. The plaintiff in said civil action, Diana Mey, is a citizen and resident of Ohio County, West Virginia.

3. One of the defendants in said civil action, Herbalife International, Inc., is a corporation existing under the laws of the State of Nevada, having its principal place of business in Los Angeles, California.

4. Other of the defendants, Nancy Willis and Dana Willis, are residents and citizens of the State of Ohio.

5. Other of the named defendants, Pamela Stiles and Thomas Stiles, are residents and citizens of the State of West Virginia.

6. This Court has jurisdiction over the said civil action by virtue of 28 U.S.C. § 1331, 28 U.S.C. § 1332, and 28 U.S.C. § 1334.

7. In said civil action, the plaintiff seeks significant damages against the defendants.

8. The civil action involves issues of Federal law.

9. On or about May 12, 2003, defendants Thomas Stiles, also known as Albert T. Stiles, Jr., and Pamela J. Stiles filed a voluntary petition under Title 11 of the United States Code in the United States Bankruptcy Court for the Northern District of West Virginia. Said bankruptcy case has been assigned Case Number 5: 03-BK-01727.

10. This proceeding is a non-core proceeding.

11. This action is related to the bankruptcy proceeding in that the outcome of this action could conceivably have an effect upon the estate being administered in bankruptcy.

12. This action is related to the bankruptcy in that the outcome could alter the debtor's rights, liabilities, options or freedom of action and in that it impacts the handling and administration of the estate.

13. This defendant does not consent to the entry of final orders or judgment by the Bankruptcy Judge.

14. A copy of the docket sheet of the case below is attached hereto.

15. A copy of all pertinent pleadings filed in the civil action are being obtained and filed with the Court.

HERBALIFE INTERNATIONAL, INC.,<br>
Defendant,<br><br>
By _____<br>
Its Counsel

John Preston Bailey, Esq. (WVSB #209)
BAILEY RILEY BUCH & HARMAN, L.C.
P. O. Box 631
Wheeling, WV  26003-0081
Telephone: (304) 232-6675
Facsimile: (304) 232-9897

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **Notice of Removal** upon the parties herein on the 11th day of August, 2003, by mailing a true copy thereof by United States mail, postage prepaid, as follows:

>Edward A. Broderick, Esq.
>SHLANSKY & BRODERICK
>1011 Beacon Street, Suite 2
>Brookline, MA   02446
>
>Robert L. Hamer, Esq.
>Matthew P. McCue, Esq.
>MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP
>100 Front Street
>Worcester, MA   01608-1477
>
>James A. Byrum, Jr., Esq.
>SCHRADER BYRD & COMPANION, PLLC
>The Maxwell Centre
>32 - 20th Street, Suite 500
>Wheeling, WV   26003
>
>Lawrence L. Manypenny, Esq.
>P. O. Box 638
>New Cumberland, WV   26047

/s/ John Preston Bailey

```
                CASE 01-C-263        OHIO

DIANA MEY                    vs. TOM STILES


LINE   DATE     ACTION

  1  06/19/01  CASE FILED,REMOVED FROM MAGISTRATE COURT
  2  06/19/01  CLERK'S NOTICE OF REMOVAL SENT TO PARTIES 6/19/01
  3  06/19/01  DEF'S ANSWER
  4  06/21/01  PL'S LTR TO MAGISTRATE FAHEY RE: RESPONDING TO NOTICE
  5  06/21/01  LTR TO MAGISTRATE FAHEY FROM PL RE: RESPONDING TO NOTICE
  6  07/12/01  PL'S MOTION FOR STATUS CONFERENCE AND SCHEDULING CONFERENCE
  7  07/03/02  NOTICE OF APPEARANCE OF ATTY JAMES BYRUM JR ON BEHALF OF PL
  8  07/10/02  LTR FROM ATTY BYRUM TO JUDGE RE: REQUESTING A SCHEDULING
  9            CONFERENCE BE SET
 10  07/12/02  PL'S NOTICE OF SCHEDULING CONFERENCE ON 8/12/02 AT 9:00
 11  07/23/02  DEF'S MOTION TO CONTINUE 8/12/02 SCHEDULING CONFERENCE
 12  08/07/02  PL'S NOTICE OF SCHEDULING CONFERENCE ON 8/28/02 AT 11:00
 13  08/30/02  JUDGE'S CHANGE OF HEARING NOTICE TO 9/5/02 AT 9:30
 14  09/04/02  LTR FROM ATTY MANYPENNY TO JUDGE RE: REQUEST TO APPEAR BY PHONE
 15            FOR 9/5/02 HEARING (FAX)
 16  09/11/02  121,733 SCHEDULING CONFERENCE ORDER RE: AMOTH, BENCH TRIAL ON
 17            1/17/03 AT 9:00
 18  09/26/02  COS,PL'S FIRST SET OF INTERR AND REQUEST FOR PROD OF DOCS TO DEF
 19  10/31/02  COS, DEF'S ANSWER AND RESPONSE TO THE PL'S FIRST SET OF INTERR
 20  11/01/02  PL'S NOTICE OF DEPOSITIONS OF TOM STILES ON 11/13/02 AT 1:00
 21            AND PAM STILES AT 2:00
 22  11/04/02  DEF'S NOTICE OF DEPOSITION OF DIANA MEY ON 11/13/02 AT 3:00
 23  11/18/02  DEF'S NOTICE OF DEPOSITION OF DIANA MEY ON 12/6/02 AT 11:00
 24  11/20/02  DEF'S REQUEST FOR PROD OF DOCS
 25  12/02/02  COS, PL'S SECOND SET OF REQUESTS FOR PROD OF DOCS TO DEF
 26  12/02/02  COS, PL'S SECOND SET OF INTERR TO THE DEF
 27  12/16/02  COS, PL'S ANSWERS TO DEF'S REQUESTS FOR PROD OF DOCS
 28  12/17/02  PL'S MOTION FOR AN EXTENSION OF THE DISCOVERY DEADLINES AND
 29            CONTINUANCE OF 1/17/03 TRIAL DATE
 30  12/26/02  DEF'S REPLY TO PL'S MOTION FOR EXTENSION AND CONTINUANCE
 31  12/27/02  DEF'S SECOND REQUEST FOR PRODUCTION
 32  12/31/02  123,327 AGREED ORDER RE: DISCOVERY DEADLINES AND TRIAL DATE ARE
 33            VACATED; SCHEDULING CONFERENCE ON 1/23/03 AT 10:30
 34  01/29/03  123,658 AMOTH,AMENDED SCHEDULING CONFERENCE ORDER
 35  02/06/03  COS OF PL'S RESPONSE TO DEF.TOM STILES' SECOND REQ.FOR PROD/DOCS
 36            UPON COUNSEL OF RECORD 2/5/03
 37  02/25/03  PL'S NOTICE OF DEPOS.OF PAM STILES ON 3/3/03 @1:00
 38  04/18/03  PL'S MOTION TO AMEND COMPLAINT
 39  05/02/03  PL'S NOTICE OF HEARING ON 5/13/03 AT 2:00
 40  05/05/03  PL'S COMPLAINT - CLASS ACTION
 41  05/05/03  PL'S NOTICE OF SUBSTITUTION OF ATTACHMENT TO MOTION TO AMEND
 42            COMPLAINT
 43  05/16/03  PL'S REVISED NOTICE OF HEARING ON 6/24/03 AT 11:00
 44  06/24/03  APPLICATION FOR PRO HAC VICE ADMISSION OF EDWARD BRODERICK ON
 45            BEHALF OF PL
 46  06/24/03  APPLICATION FOR PRO HAC VICE ADMISSION OF MATTHEW MCCUE ON
 47            BEHALF OF PL
 48  06/24/03  126,99 ORDER GRANTING EDWARD BRODERICK AND MATTHEW MCCUE
 49            ADMISSION PRO HAC VICE, SIGNED 6/24/03
 50  06/26/03  COMPLAINT - CLASS ACTION
 51  06/30/03  US BANKRUPTCY COURT'S MOTION TO MODIFY AUTOMATIC STAY AND
 52            AGREED ORDER
 53  07/01/03  126,187 ORDER GRANTING MOTION TO AMEND COMPLAINT
 54  07/16/03  COMPLAINT - CLASS ACTION
 55  07/16/03  PL'S MOTION FOR CLASS CERTIFICATION
 56  07/16/03  MEMORANDUM IN SUPPORT OF PL'S MOTION FOR CLASS CERTIFICATION
 57  07/16/03  PL'S FIRST REQUEST FOR PROD OF DOCS TO DEF HERBALIFE INTL
 58  07/16/03  PL'S FIRST REQUEST FOR PROD OF DOCS TO DEF NANCY & DANA WILLIS
 59  07/16/03  SUMMONS ISUED 7/16/03, HERBALIFE, BY SOS, NANCY & DANA WILLIS,
 60            BY CM, THOMAS & PAMELA STILES, TO ATTORNEY
 61  07/16/03  PL'S INDEX
 62  07/21/03  RETURN CERT.MAIL,NANCY WILLIS,SIGN SAME NO DATE
 63  07/21/03  RETURN CERT.MAIL,DANA WILLIS,SIGN BY AGENT NO DATE
```